# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC JOHNSON, | Case No. 2:18-cv-02343-GMN-CWH |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAM, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 11), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 11) is **GRANTED**. Petitioner will have through September 20, 2019, to file a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account.

DATED: July 15, 2019

_____
GLORIA M. NAVARRO
Chief United States District Judge