**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC JOHNSON, | Case No. 2:18-cv-02343-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 18), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 18) is **GRANTED**. Petitioner will have up to and including January 22, 2020, to file an amended petition.

DATED: October 23, 2019

_____
GLORIA M. NAVARRO
United States District Judge

1