# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC JOHNSON, | Case No. 2:18-cv-02343-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

This is a counseled habeas corpus action under 28 U.S.C. § 2254. Currently before the court is petitioner's motion for stay, or, in the alternative, for an extension of time to file an amended petition for writ of habeas corpus (ECF No. 23). Petitioner notes that the COVID-19 pandemic has made development of the amended petition difficult. First, the retained mental health expert cannot evaluate petitioner because the Nevada Department of Corrections has prohibited all visits. Second, the investigator is unable to interview people. Third, record requests have gone unfulfilled because offices are closed. Under the circumstances, the court will stay this action.

IT THEREFORE IS ORDERED that petitioner's motion for stay, or, in the alternative, for an extension of time to file an amended petition for writ of habeas corpus (ECF No. 23) is **GRANTED**.

1

IT FURTHER IS ORDERED that this action is stayed pending the filing of the amended petition for a writ of habeas corpus. Petitioner will have up to and including August 19, 2020, to file a motion to reopen this action and to file an amended petition. Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

IT FURTHER IS ORDERED that the clerk of the court administratively close this action until such time as the court grants a motion to reopen the action.

DATED: June 1, 2020

_____
GLORIA M. NAVARRO
United States District Judge