1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC JOHNSON, | Case No. 2:18-cv-02343-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

This is a habeas corpus action under 28 U.S.C. § 2254.  The court stayed and administratively closed the action until because the COVID-19 pandemic made it difficult, if not impossible, for counsel for petitioner to complete an amended petition.  ECF No. 24.  Petitioner now has filed three motions:  A motion to reopen (ECF No. 25), an unopposed motion for extension of time to file amended petition for writ of habeas corpus (third request) (ECF No. 26), and a motion for discovery (ECF No. 27).  Respondents do not oppose the motion for discovery (ECF No. 29).  Petitioner is seeking leave to serve a subpoena upon the Social Security Administration for his full records.  The court finds that good cause exists to grant leave to conduct discovery.  The court will grant petitioner's other motions.

IT THEREFORE IS ORDERED that petitioner's motion to reopen (ECF No. 25) is **GRANTED**.  The clerk of the court is directed to reopen the action and to lift the stay.

IT FURTHER IS ORDERED that petitioner's motion for discovery (ECF No. 27) is **GRANTED**.  Discovery must be completed within 60 days from the date of entry of this order.

IT FURTHER IS ORDERED that petitioner's unopposed motion for extension of time to file amended petition for writ of habeas corpus (third request) (ECF No. 26) is **GRANTED**. Petitioner will have 90 days from the close of discovery to file an amended petition.

IT FURTHER IS ORDERED that the schedule for filing an answer or motion to dismiss and subsequent briefing in the order dated July 26, 2019 (ECF No. 14) will apply upon the filing of the amended petition.

DATED: October 5, 2020

_____
GLORIA M. NAVARRO
United States District Judge