**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIC JOHNSON,

        Petitioner,

    v.

BRIAN WILLIAMS, et al.,

        Respondents.

Case No. 2:18-cv-02343-GMN-DJA

**ORDER**

      Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 31), and good cause appearing;

      IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 31) is **GRANTED**.  Discovery must be completed by the end of February 2, 2021.

      DATED: December 7, 2020

_____
GLORIA M. NAVARRO
United States District Judge