**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC JOHNSON, | Case No. 2:18-cv-02343-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 33), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 33) is **GRANTED**.  Discovery must be completed by the end of April 5, 2021.

DATED:  February 4, 2021

_____
GLORIA M. NAVARRO
United States District Judge

1