**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIC JOHNSON,

               Petitioner,

     v.

BRIAN WILLIAMS, et al.,

             Respondents.

Case No. 2:18-cv-02343-GMN-DJA

**ORDER**

     Petitioner having filed an unopposed motion for extension of time (fourth request) (ECF No. 36), and good cause appearing;

     IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (fourth request) (ECF No. 36) is **GRANTED**.  Petitioner will have up to and including October 4, 2021, to file an amended petition.

     DATED:  July 7, 2021

 

_____

GLORIA M. NAVARRO
United States District Judge