**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC JOHNSON, | Case No. 2:18-cv-02343-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (fifth request) (ECF No. 38), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (fifth request) (ECF No. 38) is **GRANTED**.  Petitioner will have up to and including January 3, 2022, to file an amended petition.

DATED:  October 5, 2021

_____
GLORIA M. NAVARRO
United States District Judge

1