1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                           **DISTRICT OF NEVADA**
10

11   ERIC JOHNSON,                          Case No. 2:18-cv-02343-GMN-DJA
12              Petitioner,                 **ORDER**
13        v.
14   BRIAN WILLIAMS, et al.,
15              Respondents.
16

17        This is a habeas corpus action under 28 U.S.C. § 2254. Two motions currently are before
18   the court. First, petitioner has filed a motion for leave to file exhibits 2-10 under seal. ECF No.
19   43. The exhibits in question contain petitioner's educational, juvenile-court, and medical records.
20   The court finds that compelling reasons exist to file these exhibits under seal. See Kamakana v.
21   City and County of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006).
22        Second, respondents have filed an unopposed motion for extension to file a response to
23   the first amended petition (first request). ECF No. 44. The court finds that good cause exists to
24   grant this motion.
25        IT THEREFORE IS ORDERED that petitioner's motion for leave to file exhibits 2-10
26   under seal (ECF No. 43) is **GRANTED**.
27   ///
28   ///

                                              1

IT FURTHER IS ORDERED that respondents' unopposed motion for extension to file a response to the first amended petition (first request) (ECF No. 44) is **GRANTED**. Respondents will have up to and including June 2, 2022, to file a response to the first amended petition (ECF No. 40).

DATED: March 8, 2022

_____
GLORIA M. NAVARRO
United States District Judge