UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC JOHNSON,                                Case No. 2:18-cv-02343-GMN-DJA

    Petitioner,

    v.                                       **ORDER**

CALVIN JOHNSON, *et al.*,

    Respondents.

In this habeas corpus action, the respondents filed a motion to dismiss (ECF No. 57) on September 6, 2022. The petitioner, Eric Johnson, represented by appointed counsel, was due to file a response to the motion to dismiss by October 21, 2022. *See* Order entered May 31, 2022 (ECF No. 48) (45 days for response to motion to dismiss).

On October 19, 2022, Johnson filed a motion for extension of time (ECF No. 60), requesting a 31-day extension, to November 21, 2022. Johnson's counsel states that the extension of time is necessary because of her obligations in other cases and ongoing investigation in this case. Johnson's counsel represents that Respondents do not oppose the extension of time. The Court finds that Johnson's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 60) is **GRANTED**. Petitioner will have until and including **November 21, 2022**, to file a response to Respondents' motion to dismiss.

///

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered May 31, 2022 (ECF No. 48) will remain in effect.

DATED THIS ___19___ day of _____October_____, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE