UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC JOHNSON,<br><br>    Petitioner,<br><br>v.<br><br>GABRIELA NAJERA, *et al.*,<br><br>    Respondents. | Case No. 2:18-cv-02343-GMN-DJA<br><br>**ORDER** |

In this habeas corpus action, the respondents filed a motion to dismiss (ECF No. 57) on September 6, 2022. After a 45-day initial period and a 31-day extension of time, the petitioner, Eric Johnson, represented by appointed counsel, was due to file a response to the motion to dismiss by November 21, 2022. *See* Order entered May 31, 2022 (ECF No. 48) (45 days for response to motion to dismiss); Order entered October 19, 2022 (31-day extension).

On November 18, 2022, Johnson filed a motion for extension of time (ECF No. 62), requesting a further 30-day extension, to December 21, 2022. Johnson's counsel states that the extension of time is necessary because of her obligations in other cases and ongoing investigation in this case. Johnson's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that Johnson's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 62) is **GRANTED**. Petitioner will have until and including **December 21, 2022**, to file a response to Respondents' motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered May 31, 2022 (ECF No. 48) will remain in effect.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), Gabriela Najera is substituted for Calvin Johnson as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 18 day of November, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE